# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SRABIAN, et al., | CASE NO. CV F 08-0336 LJO GSA |
| Plaintiffs, | **ORDER TO ADVANCE SCHEDULING CONFERENCE** |
| vs. | |
| MARGARET MIMS, et al., | |
| Defendants. | |

The above entitled matter is related to the action *Terry Hillblom et al. v. County of Fresno et. al*, CV F 07-1467 LJO SMS.  For good cause shown and based on the status of the related case, this Court ADVANCES the scheduling conference to May 5, 2008 at 8:00 a.m. in Department 4.  Plaintiff is ordered to serve a copy of this order on defendants.  The Scheduling Conference in the above entitled matter set for June 25, 2008 is VACATED.

IT IS SO ORDERED.

**Dated:   March 24, 2008**          /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1