James D. Weakley, Esq.   Bar No. 082853
James J. Arendt, Esq.    Bar No. 142937

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO; SHERIFF MARGARET MIMS; DEPUTY FRANK HARPER; and DEPUTY ROBERT CAREY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| MARTIN SRABIAN and DONNIE SRABIAN, | CASE NO. 1:08-cv-00336-LJO-GSA |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER** |
| COUNTY OF FRESNO; FRESNO COUNTY SHERIFF MARGARET MIMS; FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY; and DOES 1 through 50, | Complaint Filed: 03/10/08<br>Trial Date: TBA |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED upon by and between the parties hereto, by and through their counsel of record, to extend the time for defendants, COUNTY OF FRESNO, a public entity; SHERIFF MARGARET MIMS; DEPUTY FRANK HARPER; and DEPUTY ROBERT CAREY, sued herein as employees of defendant COUNTY OF FRESNO ("defendant

///

///

///

Stipulation and Order

COUNTY") to respond to plaintiffs' Complaint to May 8, 2008.

DATED: April 24, 2008

                                                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                                By:    /s/ James J. Arendt
                                                         James J. Arendt
                                                         Attorney for Defendants COUNTY OF FRESNO, SHERIFF MARGARET MIMS; DEPUTY FRANK HARPER; and DEPUTY ROBERT CAREY

DATED: April 24, 2008

                                                LAW OFFICE OF PATIENCE MILROD

                                                By:    /s/ Patience Milrod
                                                         Patience Milrod
                                                         Attorney for Plaintiffs MARTIN SRABIAN AND DONNIE SRABIAN

**ORDER**

IT IS SO ORDERED.

    Dated:  **April 25, 2008**                    /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE