Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

# IN THE UNITED STATES DISRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARTIN SRABIAN and DONNIE SRABIAN,<br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF MARGARET MIMS; FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY; and DOES 1 through 50.<br>    Defendants. | No. 1:08-cv-00336 LJO GSA<br><br>**STIPULATION TO SUBSTITUTE PARTY AND ORDER** |

The parties to this action, by and through their respective attorneys of record, stipulate and agree as follows:

Plaintiff Martin Srabian is no longer a party to this action, by reason of his death on July 24, 2008.

The Estate of Martin Srabian, by its executor Donnie Srabian, is substituted as a plaintiff in this action in place of plaintiff Martin Srabian.

*Stipulation to substitute parties*                                                                                     1

IT IS SO STIPULATED.

Dated:  November 7, 2008

/s/ Patience Milrod
PATIENCE MILROD
Attorney for Plaintiffs

Dated:  November 7, 2008                Weakley, Ratliff, Arendt & McGuire

/s/James Arendt
JAMES ARENDT
Attorney for Plaintiffs

**ORDER**

Having reviewed the Suggestion of Death re:  Plaintiff Martin Srabian, and the stipulation of the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that plaintiff Martin Srabian is no longer a party to this action, and that the Estate of Martin Srabian, by its executor Donnie Srabian, is substituted as a plaintiff in this action in place of plaintiff Martin Srabian.

IT IS SO ORDERED.

Dated: November 20, 2008          ___/s/ Lawrence J. O'Neill__
HON. LAWRENCE J. O'NEILL
Judge of the District Court