Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Estate of MARTIN SRABIAN, by its Executor, DONNIE SRABIAN, and DONNIE SRABIAN, <br><br>    Plaintiffs, <br>    v. <br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF MARGARET MIMS; FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY; and DOES 1 through 50. <br><br>    Defendants | No. 1:08-cv-00336-LJO-SMS <br><br> ORDER TO SHOW <br> CAUSE RE CONTEMPT AND <br> NOTICE OF HEARING |

TO THE FRESNO COUNTY DISTRICT ATTORNEY'S OFFICE:

IT IS HEREBY ORDERED that the Fresno County District Attorney's Office shall appear in person on June 19, 2009 at 11:30 a.m., in the courtroom of United States District Judge Lawrence J. O'Neill, at Courtroom 4 of the above-entitled Court

1  located at 2500 Tulare St., Fresno, California, then and there to show cause, if any,

2  whereby it should not be adjudged in contempt of court and punished accordingly

3  for failure to respond to a subpoena duces tecum served on April 17, 2009, in the

4  above-entitled action and more particularly set forth in the attached Declaration of

5  Patience Milrod.

6      IT IS FURTHER ORDERED that plaintiffs shall serve this Order to Show

7  Cause on the Office of the District Attorney, through her designated agent, by

8  personal service no later than May 8, 2009.

9      Respondent may file and serve a response, if any, to the Order to Show

10 Cause no later than June 8, 2009. Plaintiff may file and serve a reply no later than

11 June 12, 2009.

12 IT IS SO ORDERED.

13 Dated: _May 6, 2009__

14                                                             /s/ Lawrence J. O'Neill
                                                            Hon. Lawrence O'Neill

15                                                             United States District Judge

16

17

18

19

20

21

22