James J. Arendt, Esq.         Bar No. 142937
Michael R. Linden, Esq.       Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO; SHERIFF MARGARET MIMS; DEPUTY FRANK HARPER; and DEPUTY ROBERT CAREY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

MARTIN SRABIAN and DONNIE SRABIAN,  ) CASE NO. 1:08-cv-00336-LJO-SMS
                                    )
        Plaintiffs,                  )
                                    ) **STIPULATION AND ORDER**
        vs.                          )
                                    )
COUNTY OF FRESNO; FRESNO COUNTY      ) Complaint Filed: 03/10/08
SHERIFF MARGARET MIMS; FRESNO        ) Trial Date: 2/8/2010
COUNTY SHERIFF'S DEPUTIES FRANK      )
HARPER and ROBERT CAREY; and DOES 1  )
through 50,                          )
                                    )
        Defendants.                  )
_____)

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

|  | **Current Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cutoff | September 2, 2009 | October 23, 2009 |
| Designation of Expert Witnesses | August 14, 2009 | October 23, 2009 |
| Supplemental Expert Disclosure | August 24, 2009 | October 30, 3009 |
| Expert Discovery Cutoff | October 2, 2009 | November 20, 2009 |

///

///

///

Stipulation and Order

1
2  DATED: July 24, 2009
3                                                          WEAKLEY, ARENDT & McGUIRE, LLP
4                                                          By: /s/ James J. Arendt
                                                                James J. Arendt
5                                                               Attorney for Defendants
6  DATED: July 24, 2009
7                                                          LAW OFFICE OF PATIENCE MILROD
8                                                          By: /s/ Patience Milrod
                                                                Patience Milrod
9                                                               Attorney for Plaintiffs
                                                                ESTATE OF MARTIN SRABIAN
10                                                              and DONNIE SRABIAN
11
12
13  IT IS SO ORDERED.
14  **Dated:   July 27, 2009**                                     /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                                      2