1  Patience Milrod
   Law Office of Patience Milrod
2  844 N. Van Ness Avenue
   Fresno, California  93728
3  559/442-3111
   559/442-3164 fax
4
   Attorney for Plaintiffs
5

6

7

8              IN THE UNITED STATES DISTRICT COURT
          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
9                      FRESNO DIVISION

10

11  Estate of MARTIN SRABIAN, by its      )   No. 1:08-cv-00336-LJO-SMS
    Executor, DONNIE SRABIAN, and         )
12  DONNIE SRABIAN,                        )
                                           )      STIPULATION AND
13         Plaintiffs,                     )       ORDER RE:
                                           )    MODIFICATION OF
14         v.                              )      SCHEDULING
                                           )   CONFERENCE ORDER
15  COUNTY OF FRESNO; FRESNO COUNTY)
    SHERIFF MARGARET MIMS; FRESNO    )
16  COUNTY SHERIFF'S DEPUTIES FRANK   )
    HARPER and ROBERT CAREY; and      )
17  DOES 1 through 50.                    )
                                           )
18         Defendants                      )
    _____)
19

20         Plaintiffs ESTATE OF MARTIN SRABIAN, and DONNIE SRABIAN

    ("Plaintiffs") and defendants COUNTY OF FRESNO, MARGARET MIMS,
21
    FRANK HARPER, and ROBERT CAREY ("Defendants") hereby stipulate to the
22

    *Stipulation to Modify Scheduling Order*                              *1*

1    following modification of the current scheduling order.  As set forth in the

2    accompanying declaration of plaintiffs' counsel, good cause exists to modify the

3    current scheduling order:  the parties have been meeting and conferring regarding

4    complex and difficult discovery issues, but have not yet resolved all disputes.

5    Some just-resolved disputes only now enable the parties to do deferred discovery.

6    The parties continue to work together to resolve remaining disputes to avoid if

7    possible the necessity of an October 9 hearing on plaintiffs' motion to compel.

8

9         Therefore, the parties respectfully request the Court issue an Order making

10   the following changes to the Scheduling Order in this case:

11

12        Expert Disclosure:  from October 23, 2009 to January 8, 2010

13        Supplemental Expert Disclosure:  from October 30, 2009 to

14             January 22, 2010

15        Non-expert Discovery Cutoff:  from October 23, 2009 to February 12, 2010

16        Expert Discovery Cutoff:  from November 20, 2009 to March 12, 2010

17        Pretrial Non-Dispositive Motion Filing Deadline:  from November 2, 2009 to

18             March 26, 2010

19        Pretrial Dispositive Motion Filing Deadline:  from November 2, 2009 to

20             April 12, 2010

21        Pretrial Motion Hearing Deadline:  from December 3, 2009 to

22             May 17, 2010

*Stipulation to Modify Scheduling Order*                                                      *2*

PDF created with pdfFactory trial version www.pdffactory.com

1      <u>Settlement Conference</u>:  from September 17, 2009,  which was continued on

2   August 18, 2009 to October 7, 2009, now to April 12, 2010 at 10:00a.m. before

3   Judge Snyder in Courtroom #7.

4        <u>Pretrial Conference</u>:  from December 16, 2009 to June 7, 2010 at 8:15a.m.

5   before Judge O'Neill in Courtroom #4.

6        <u>Jury Trial Date</u>:  from February 8, 2010 to July 19, 2010 at 8:30a.m.  before

7   Judge O'Neill in Courtroom #4.

8   IT IS SO STIPULATED.

9   Dated:  September 18, 2009

10                                      /s/ Patience Milrod
                                     PATIENCE MILROD
11                                     Attorney for Plaintiffs

12
     Dated:  September 18, 2009      Weakley, Ratliff, Arendt & McGuire
13                                     Attorneys for Defendants

14                                     /s/ James Arendt
                                     By JAMES ARENDT
15

16   IT IS SO ORDERED.

17   Dated:          September 21, 2009

18                                       /s/ Sandra M. Snyder
19                                     HON. SANDRA SYNDER
                                     Magistrate Judge of the District Court
20

21

22

*Stipulation to Modify Scheduling Order*                                    *3*

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*Stipulation to Modify Scheduling Order*                    *4*

PDF created with pdfFactory trial version www.pdffactory.com