James J. Arendt, Esq.          Bar No. 142937
Michael R. Linden, Esq.        Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:   (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO; SHERIFF MARGARET MIMS;
DEPUTY FRANK HARPER; and DEPUTY ROBERT CAREY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| MARTIN SRABIAN and DONNIE SRABIAN, | ) CASE NO. 1:08-cv-00336-LJO-SMS |
| Plaintiffs, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| COUNTY OF FRESNO; FRESNO COUNTY SHERIFF MARGARET MIMS; FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY; and DOES 1 through 50, | ) Complaint Filed: March 10, 2008<br>) Trial Date: July 19, 2010 |
| Defendants. | ) |

THE PARTIES, through their respective counsel, hereby stipulate to a stay of the above-entitled action pending the conclusion of *The People of the State of California vs. Donnie Charles Srabian*, Fresno County Superior Court Case No. F0790158. *Wallace v. Kato*, 594 U.S. 384 (2007); *Peyton v. Burdick*, 2008 WL 1776450 (E.D. Cal. 2008). *The People of the State of California vs. Donnie Charles Srabian*, is based upon the same incident that is the subject of this litigation and its outcome may have a significant impact on the viability of the claims brought by plaintiff DONNIE SRABIAN. *Heck v. Humphrey*, 512 U.S. 477 (1994).

For the sake of judicial efficiency and economy, the parties further stipulate that this action, as it pertains to plaintiff MARTIN SRABIAN, also be stayed with the exception of discovery limited to the depositions of defendants HARPER and CAREY as they relate to the arrest of

Stipulation and Order

1   plaintiff MARTIN SRABIAN.

2

3   DATED: December 23, 2009

                                            WEAKLEY, ARENDT & McGUIRE, LLP
4

5                                           By:  /s/ James J. Arendt
                                                    James J. Arendt
6                                                   Attorney for Defendants

7   DATED: December 23, 2009

                                            LAW OFFICE OF PATIENCE MILROD
8

9                                           By:  /s/ Patience Milrod
                                                    Patience Milrod
10                                                  Attorney for Plaintiffs
                                                    ESTATE OF MARTIN SRABIAN
11                                                  and DONNIE SRABIAN

12

13          IT IS SO ORDERED.

14   Dated:     January 5, 2010                     /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation and Order                              2