Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DONNIE SRABIAN, and ESTATE OF MARTIN SRABIAN,<br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF MARGARET MIMS; FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY; and DOES 1 through 50.<br>    Defendants. | No. 1:08-cv-00336 LJO SMS<br><br>**STIPULATION TO BIFURCATE LIABILITY AND DAMAGES ISSUES, and ORDER** |

The parties to this action, by and through their respective attorneys of record, stipulate and agree as follows:

The issue of liability in this matter will be the subject of a summary judgment motion; if the summary judgment motion is not granted, the question of liability will be vigorously contested at trial. Both parties recognize that it is by no means certain that Mr. Srabian's liability claim will survive to allow him to present evidence regarding

damages.

During the stay of these proceedings, pending Mr. Srabian's criminal prosecution in state court, significant new evidence surfaced related to damages. The parties could not have anticipated such new evidence, and agree that it is likely to require the retention of medical experts, as well as extensive additional discovery related to Mr. Srabian's physical injuries and their sequelae.

Both the County of Fresno, and Mr. Srabian, wish to avoid incurring the significant additional expense of this extended damages discovery unless absolutely necessary. The parties therefore respectfully request that the Court allow them to wait to conduct additional damages discovery, including designation of experts, until they know how the liability issue has been adjudicated.

Therefore, the parties stipulate to an Order bifurcating the issues of liability and damages, such that the liability issues will first be fully resolved through summary judgment motion and/or trial to a jury, and any related appellate proceedings. Once the liability issues are final, the parties agree to a ninety-day discovery period for supplemental interrogatories and document demands, designation of experts, and depositions. After the conclusion of this supplemental damages discovery period, the parties stipulate to an Order that the damages issue will be tried to a new jury, comprised of six jurors pursuant to Local Rule 162.2(a).

IT IS SO STIPULATED.

Dated:  July 16, 2012              /s/ Patience Milrod
                                   PATIENCE MILROD
                                   Attorney for Plaintiffs

Dated: July 16, 2012          WEAKLEY & ARENDT
                              Attorneys for Plaintiffs
                              /s/ James Arendt
                              JAMES ARENDT

## ORDER

Having reviewed the stipulation of the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the issues of liability and damages in the within matter be, and are hereby, bifurcated, as follows:

The current Scheduling Order is hereby amended to reflect that it applies only to issues related to Mr. Srabian's claims of liability against the defendants. Once the liability issues have been fully resolved through summary judgment motion and/or trial to a jury, and any related appellate proceedings, the Court will issue a new Scheduling Order, providing for a ninety-day discovery period for supplemental interrogatories and document demands, designation of experts, and depositions. After the conclusion of this supplemental damages discovery period, the Court will impanel a new jury of six (6) jurors to try the damages issue.

IT IS SO ORDERED.

Dated: **July 17, 2012**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

*Stipulation to bifurcate issues; [Proposed] Order*                                                   3