1  James J. Arendt, Esq.        Bar No. 142937
   Roy C. Santos, Esq.          Bar No. 259718
2
   WEAKLEY & ARENDT, LLP
3  1630 East Shaw Avenue, Suite 176
   Fresno, California   93710
4  Telephone: (559) 221-5256
   Facsimile:   (559) 221-5262
5
   Attorneys for Defendants, COUNTY OF FRESNO; SHERIFF MARGARET MIMS;
6  DEPUTY FRANK HARPER; and DEPUTY ROBERT CAREY

7

8                        **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11  MARTIN SRABIAN and DONNIE SRABIAN,  ) CASE NO. 1:08-cv-00336-LJO-SMS
                                        )
12             Plaintiffs,              )
                                        ) **STIPULATION AND ORDER TO**
13       vs.                            ) **CONTINUE DEADLINE DATES**
                                        ) **(Doc. 72)**
14  COUNTY OF FRESNO; FRESNO COUNTY     )
    SHERIFF MARGARET MIMS; FRESNO       )
15  COUNTY SHERIFF'S DEPUTIES FRANK     )
    HARPER and ROBERT CAREY; and DOES 1 )
16  through 50,                         )
                                        )
17             Defendants.              )
    _____)
18

19       THE PARTIES, through their respective counsel, have stipulated to extend the following

20  deadline dates (Doc. 66), which will not affect the Pre-Trial Conference nor the Jury Trial:

21                                       **Current Date**         **New Date**

22       Designation of Expert Witnesses    August 3, 2012        August 31, 2012

23       Supplemental Expert Disclosure     August 13, 2012       September 14, 2012

24       Expert Discovery Cutoff            September 14, 2012    September 28, 2012

25  ////

26  ///

27  //

28  /

| | |
|---|---|
| DATED: July 10, 2012 | WEAKLEY & ARENDT, LLP |
| | By: /s/ James J. Arendt |
| | James J. Arendt |
| | Attorney for Defendants |
| DATED: July 10, 2012 | LAW OFFICE OF PATIENCE MILROD |
| | By: /s/ Patience Milrod |
| | Patience Milrod |
| | Attorney for Plaintiffs |
| | ESTATE OF MARTIN SRABIAN |
| | and DONNIE SRABIAN |

**ORDER**

IT IS SO ORDERED.

**Dated:   July 17, 2012**            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE