PATIENCE MILROD
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax
pm@patiencemilrod.com

SARA HEDGPETH-HARRIS
Law Office of Sara Hedgpeth-Harris
2125 Kern Street, Suite 301
Fresno CA 93721
(559) 233-0907
(559) 272-6946 fax
sara.hedgpethharris@shh-law.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MARTIN SRABIAN, by its Executor, DONNIE SRABIAN, and DONNIE SRABIAN, <br>     Plaintiffs, <br><br>     v. <br><br> COUNTY OF FRESNO; FRESNO COUNTY SHERIFF MARGARET MIMS; FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY; and DOES 1 through 50. <br>     Defendants. | No. 1:08-cv-00336-LJO-SMS <br><br> **STIPULATION AND ORDER CONTINUING NON-EXPERT DISCOVERY CUTOFF** <br> (Doc. 76) <br><br> Complaint filed:   March 10, 2008 <br> Jury Trial date:   January 15, 2013 <br>                  8:30 a.m. <br>                  Ctrm. 4 |

THE PARTIES, by and through their respective counsel, hereby stipulate to

extending the non-expert discovery cutoff from August 17, 2012, to and through

**September 28, 2012**, which is the same date as the expert discovery cutoff in this case.

1    This extension will not affect any date related to the filing or hearing of any

2    dispositive motions, or trial in this matter, set for January 15, 2012.

3    IT IS SO STIPULATED.

4    Dated:  August 17, 2012

5                                                                    /s/ Patience Milrod
                                                                      PATIENCE MILROD
6                                                                      Attorney for Plaintiffs

7    Dated:  August 17, 2012                           WEAKLEY & ARENDT, LLP
                                                                      Attorneys for Defendants
8
                                                                      By: /s/ James J. Arendt
9                                                                      JAMES J. ARENDT
                                                                      Attorney for Plaintiffs
10

11

12                                              **ORDER**

13

14   IT IS SO ORDERED.

15     Dated:   **August 17, 2012**                            **/s/ Sandra M. Snyder**
                                                                      UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24