James J. Arendt, Esq.         Bar No. 142937
Roy C. Santos, Esq.           Bar No. 259718

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO; SHERIFF MARGARET MIMS; DEPUTY FRANK HARPER; and DEPUTY ROBERT CAREY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| MARTIN SRABIAN and DONNIE SRABIAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF MARGARET MIMS; FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY; and DOES 1 through 50,<br><br>    Defendants. | CASE NO. 1:08-cv-00336-LJO-SMS<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the following claims, with prejudice, all parties to bear their own costs and attorney's fees:

    1)    The Estate of Martin Srabian, by its executor Donnie Srabian, dismisses the entire action, with prejudice, as to all defendants.

    2)    As to Defendants Sheriff Margaret Mims and County of Fresno, Plaintiff Donnie Srabian dismisses the entire action, with prejudice.

    3)    As to the First Cause of Action, Plaintiff Donnie Srabian dismisses, with prejudice, his claims for unjustifiable denial of liberty (false arrest) and malicious prosecution.

    4)    Plaintiff Donnie Srabian dismisses, with prejudice, the Seventh Cause of Action

1  (False Arrest and False Imprisonment).

3  DATED: October 16, 2012

                                            WEAKLEY & ARENDT, LLP

                                            By:  /s/ James J. Arendt
                                                  James J. Arendt
                                                  Roy C. Santos
                                                  Attorney for Defendants

DATED: October 16, 2012

                                            LAW OFFICE OF PATIENCE MILROD

                                            By:  /s/ Patience Milrod
                                                  Patience Milrod
                                                  Attorney for Plaintiffs
                                                  ESTATE OF MARTIN SRABIAN
                                                  and DONNIE SRABIAN

     IT IS SO ORDERED.

**Dated:     October 16, 2012**                        **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE