IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MARTIN SRABIAN, et al.,, | CASE NO. CV F 08-0336 LJO SMS |
| Plaintiffs, | **ORDER ON BRIEFING PAGE LIMITS** (Doc. 83.) |
| vs. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. / | |

Plaintiffs seek leave to exceed this Court's briefing limits. This Court treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court PERMITS plaintiffs to file a summary judgment opposition brief not to exceed 35 pages on the condition that such brief is **well-organized, clear and succinct and avoids unnecessary duplication** and otherwise complies with this Court's Local Rules. All other briefing shall conform to the Standing Order page limitations of this Court, unless this Court orders otherwise.

In addition, this Court ORDERS the parties to provide courtesy copies of their papers to chambers.

Due to bearing the heaviest caseload in the nation, limited resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court ADMONISHES the parties that it is unable to commit to address this action to meet the parties' needs and expectations. As such, this Court urges the parties to consider the conduct of all further proceedings by a U.S. Magistrate Judge,

whose caseload and availability is more accommodating to the parties.  Forms to consent to a U.S. Magistrate Judge are available on this Court's website.

IT IS SO ORDERED.

**Dated:   November 2, 2012**              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE