Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax
pm@patiencemilrod.com

Sara Hedgpeth-Harris
Law Office of Sara Hedgpeth-Harris
2125 Kern Street, Suite 301
Fresno, California 93721
559/233-0907
559/272-6046 fax
sara.hedgpethharris@shh-law.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MARTIN SRABIAN, by its Executor, DONNIE SRABIAN, and DONNIE SRABIAN,<br><br>Plaintiffs,<br><br>      v.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF MARGARET MIMS; COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY; and DOES 1 through 50,<br><br>Defendants. | No.    1:08-cv-00336-LJO-SMS<br><br>ORDER GRANTING REQUEST TO FILE UNDER SEAL EXHIBITS TO DECLARATION OF SARA HEDGPETH-HARRIS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Pursuant to Rule 140 (Fed. R. Civ. P. 5.2)<br><br>Date:  November 19, 2012<br>Time:  8:30 a.m.<br>Dept.:  4<br>The Honorable Lawrence J. O'Neill |

*[Proposed Order]*                                  *1*

The Court has read and considered the request filed by Plaintiff, DONNIE SRABIAN's counsel to file under seal exhibits to the Declaration of Sara Hedgpeth-Harris in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Good cause having been shown, counsel's request is GRANTED.

IT IS SO ORDERED.

Dated: __**November 6, 2012**__          __**/s/ Lawrence J. O'Neill**__
                                          UNITED STATES DISTRICT JUDGE

*[Proposed Order]*                2