# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SRABIAN, et al., | CASE NO. CV F 08-0336 LJO SMS |
| Plaintiff, | **ORDER TO RESET PRETRIAL CONFERENCE AND TO SET MOTIONS IN LIMINE BRIEFING** |
| vs. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. / | |

Due to its heavy caseload and scheduling difficulties, this Court VACATES the December 4, 2012 pretrial conference and RESETS the pretrial conference for December 14, 2012 at 8:30 a.m. in Department 4 (LJO).

Rather than delay until the pretrial conference, this Court issues this order regarding motions in limine. This Court ORDERS the parties' counsel to meet and confer on anticipated motions in limine and to distill evidentiary issues. This Court FURTHER ORDERS the parties to file motions in limine as to only important, critical matters in that most evidentiary issues can be resolved easily with a conference between counsel or with the Court, only as necessary. If this Court surmises that the parties have filed motions in limine without meaningful, genuine meeting and conferring, this Court will strike the motions in limine and not hear them.

The parties, after meaningful and genuine meet and confer efforts, shall file and serve their truly disputed motions in limine no later than **December 5, 2012**. Responses to such motions in limine shall

1  be filed and served no later than **December 12, 2012**.  This Court will neither accept nor consider reply
2  papers. This Court will conduct a hearing on the motions in limine on **December 19, 2012 at 8:30 a.m.**
3  in Department 4 (LJO) of this Court, unless this Court determines to rule on the motions in limine on
4  the record.

5  **Moving and opposition papers must be brief, succinct and well-organized.**

7  IT IS SO ORDERED.

8  **Dated:   November 19, 2012**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE