Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111
559/442-3164 fax
pm@patiencemilrod.com

Sara Hedgpeth-Harris
Law Office of Sara Hedgpeth-Harris
2125 Kern Street, Suite 301
Fresno, California 93721
559/233-0907
559/272-6046 fax
sara.hedgpethharris@shh-law.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DONNIE SRABIAN,<br>        Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY SHERIFF'S DEPUTIES<br>FRANK HARPER and ROBERT CAREY,<br>        Defendants. | No. 1:08-cv-00336 LJO SMS<br><br>**STIPULATION TO FILE IN LIMINE MOTIONS ON DECEMBER 7, 2012, and ORDER** |

The parties to this action, by and through their respective attorneys of record, stipulate and agree as follows:

In light of the Court's order on the summary judgment motion, filed today, and to ensure the parties have met and fully conferred, the parties will exchange proposed in limine motions and a draft joint pretrial statement no later than noon on Friday, November 30, 2012. The parties will meet and confer by telephone on Tuesday, December 4, 2012. The parties will file their joint pretrial statement, and all in limine

motions, no later than Friday, December 7, 2012.

The parties' due date for oppositions to in limine motions will remain unchanged: December 12, 2012; likewise the Pretrial Conference (December 14), the hearing on the motions (December 19), and the trial date.

IT IS SO STIPULATED.

Dated:  November 27, 2012         /s/ Patience Milrod
                                  PATIENCE MILROD
                                  Attorney for Plaintiffs

Dated:  November 27, 2012         WEAKLEY&  ARENDT
                                  Attorneys for Plaintiffs
                                  /s/James Arendt
                                  JAMES ARENDT

**ORDER**

Having reviewed the stipulation of the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the parties will exchange proposed in limine motions and a draft joint pretrial statement no later than noon on Friday, November 30, 2012; that he parties will meet and confer by telephone on Tuesday, December 4, 2012; and that the parties will file their joint pretrial statement, and all in limine motions, no later than Friday, December 7, 2012.

IT IS FURTHER ORDERED that all other pretrial and trial dates will remain unchanged:  the parties will file their oppositions to in limine motions on December 12, 2012; the Pretrial Conference remains set for December 14, 2012; motions will be heard on December 19, 2012; trial briefs are due January 2, 2013; and trial will begin on Tuesday,

/ / /

/ / /

/ / /

*Stipulation to file in limine motions on December 7, 2012; [Proposed] Order*              2

1  January 15, 2013.

4  IT IS SO ORDERED.

   Dated:   **November 27, 2012**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE