```
James J. Arendt, Esq.        Bar No. 142937
Roy C. Santos, Esq.          Bar No. 259718

              WEAKLEY & ARENDT, LLP
            1630 East Shaw Avenue, Suite 176
                Fresno, California  93710
               Telephone: (559) 221-5256
               Facsimile:  (559) 221-5262
```

Attorneys for Defendants DEPUTY FRANK HARPER
and DEPUTY ROBERT CAREY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| DONNIE SRABIAN,<br><br>      Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY,<br><br>      Defendants.<br>_____ | CASE NO. 1:08-CV-00336-LJO-SMS<br><br>**STIPULATION AND ORDER ON PARTIES' JOINT MOTIONS IN LIMINE**<br><br>Date:   December 19, 2012<br>Time:  8:30 a.m.<br>Ctrm.:  4<br>The Honorable Lawrence J. O'Neill<br><br>Trial Date: January 15, 2013 |

The parties to this action, by and through their respective attorneys of record, stipulate and agree that the following motions in limine are undisputed by the parties:

Defendants' Proposed Motions in Limine:

1. To preclude questioning Deputy Harper or other witnesses with respect to Deputy Harper's being involved in another prior shooting incident.

2. To preclude evidence regarding whether or not it was appropriate for Lieutenant Ian Barrimond to obtain information regarding the shooting from Deputy Harper.

3. To preclude evidence concerning any other lawsuits in which Deputy Harper, Deputy Carey, and/or any other employees with the Fresno County Sheriff's Department, were and/or are named as an accused officer or a defendant.

---
Stipulation and [Proposed] Order on Parties'
Joint Motions in Limine

4. To preclude evidence regarding Defendants' indemnification for damages by the County of Fresno.

5. To exclude non-party witnesses from being present in the courtroom during trial-related proceedings.

6. To preclude evidence or testimony regarding Defendants' insurance.

7. To preclude evidence and/or testimony of any witnesses which were not disclosed in discovery, provided as supplemental discovery in a timely fashion, or identified within the parties' Joint Pretrial Statement.

8. To preclude non-disclosed expert witnesses from offering expert opinions or testimony at trial.

The Plaintiff's Proposed Motions in Limine:

1. Preclude Any Testimony Regarding Firearms, Ammunition, or Any Other Armaments Mr. Srabian Owned, And/or Located on the Premises at 7274 E. Walter Avenue.

**IT IS HEREBY STIPULATED.**

DATED: December 7, 2012

                              WEAKLEY & ARENDT, LLP

                              By:   /s/ James J. Arendt
                                      James J. Arendt
                                      Roy C. Santos
                                      Attorney for Defendants

DATED: December 7, 2012

                              LAW OFFICE OF PATIENCE MILROD

                              By:   /s/ Patience Milrod
                                      Patience Milrod
                                      Attorney for Plaintiff

1 | IT IS SO ORDERED.

2 | **Dated:   December 10, 2012**                **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE