IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SRABIAN,<br><br>            Plaintiff,<br><br>       vs.<br><br>FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER AND ROBERT CAREY,<br><br>            Defendants.<br>_____ / | CASE NO. CV F 08-0336 LJO SMS<br><br>**ORDER ON PLAINTIFF'S MOTIONS IN LIMINE**<br>(Doc. 101.) |

This Court issues the following rulings on plaintiff Donnie Srabian's ("plaintiff's") motions in limine ("MIL") and VACATES the December 19, 2012 hearing:

**Plaintiff's MIL No. 1 To Exclude Defense Expert Joseph Callanan Opinions:** This Court DENIES plaintiffs' MIL No. 1 and agrees with the defense opposition positions.

**Plaintiff's MIL No. 2 To Exclude Evidence Of Plaintiff's Contact With Law Enforcement:** This Court DENIES plaintiff's MIL No. 2 in that evidence of plaintiff's history with law enforcement falls under F.R.Evid. 404(b)(2)'s "intent" exception, and the subject evidence will be limited to plaintiff's confrontation with Paul Logan. The intent exception applies given plaintiff's admissions that he carried a gun and exited the house to investigate prior to his encounter with Deputy Harper.

**Plaintiff's MIL No. 3 To Exclude Evidence Of Plaintiff's Encounter With Paul Logan:** This Court GRANTS in part and DENIES in part plaintiff's MIL No. 3. Evidence as to how plaintiff reacts to perceived trespassers is subject to F.R.Evid. 404(b)(2) intent and knowledge exceptions and admissible. However, evidence as to plaintiff's reactions and statements after the encounter with Paul Logan encompass character evidence inadmissible under F.R.Evid. 404(b)(1).

**Plaintiff's MIL No. 4 To Exclude Evidence Of Plaintiff's August 2006 Encounter With Efrain Rubalcava:** This Court GRANTS plaintiff's MIL No. 4 and EXCLUDES under F.R.Evid. 403 evidence of plaintiff's August 2006 encounter with Efrain Rubalcava.

IT IS SO ORDERED.

**Dated:    December 13, 2012**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE