Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111
559/442-3164 fax
pm@patiencemilrod.com

Sara Hedgpeth-Harris
Law Office of Sara Hedgpeth-Harris
2125 Kern Street, Suite 301
Fresno, California 93721
559/233-0907
559/272-6046 fax
sara.hedgpethharris@shh-law.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of MARTIN SRABIAN, by its Executor, DONNIE SRABIAN, and DONNIE SRABIAN,<br><br>Plaintiffs,<br><br>   v.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF MARGARET MIMS; COUNTY SHERIFF'S DEPUTIES FRANK HARPER and ROBERT CAREY; and DOES 1 through 50,<br><br>Defendants. | No.    1:08-cv-00336-LJO-SMS<br><br>ORDER GRANTING REQUEST TO FILE UNDER SEAL EXHIBITS TO DECLARATION OF SARA HEDGPETH-HARRIS IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION<br><br>Pursuant to Rule 140 (Fed. R. Civ. P. 5.2)<br><br>Date: January 3, 2013<br>Time: 8:30am<br>Dept.: 4<br>The Honorable Lawrence J. O'Neill |

The Court has read and considered the request filed by Plaintiff, DONNIE SRABIAN's counsel to file under seal exhibits to the Declaration of Sara Hedgpeth-Harris in Support of Supplemental Opposition to Defendants' Motion for Reconsideration.

1. Good cause having been shown, counsel's request is GRANTED.

IT IS SO ORDERED.

Dated:  **December 17, 2012**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE