IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SRABIAN, | CASE NO. CV F 08-0336 LJO SMS |
| Plaintiff, | **ORDER TO STRIKE DEFENSE WITNESS LIST** |
| vs. | (Doc. 101.) |
| FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER AND ROBERT CAREY, | |
| Defendants. | |

Defendant Fresno County Sheriff's Deputy Frank Harper filed a January 7, 2013 trial witness list (doc. 124) to include 77 potential witnesses. This Court's December 14, 2013 pretrial order states: " No later than January 7, 2013, each party shall file and serve a final witness list, including the name of each witness along with the business or home address of each witness, to the extent known, and **omitting witnesses** listed in the joint pretrial statement **which the parties no longer intend to call**." (Bold added.)

On the basis of good cause, this Court:

1. STRIKES the defense witness list as lacking good faith and in disobedience of the pretrial order;

1

2. ORDERS the defense, no later than January 10, 2013, to file and serve an amended witness list which complies with the pretrial order and which includes only witnesses which the defense legitimately considers to call; and

3. PRECLUDES the defense to call witnesses until it files and serves an acceptable amended witness list.

IT IS SO ORDERED.

Dated:   **January 8, 2013**          /s/  **Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE