IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SRABIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER AND ROBERT CAREY,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 08-0336 LJO SMS<br><br>**ORDER ON QUALIFIED IMMUNITY, JURY INSTRUCTIONS AND VERDICT FORM**<br>(Doc. 101.) |

Based on discussion with the parties' counsel, this Court:

1. REJECTS jury instructions and verdict questions encompassing qualified immunity but will entertain jury interrogatories on precise factual questions; and

2. ORDERS the parties, no later than January 10, 2013, to file agreed on jury instructions on the matters covered by Ninth Circuit Model Civil Jury Instruction Nos. 9.18 and 9.22, CACI Instruction No. 1305 and punitive damages and to file an agreed on verdict form. Any disagreement must be limited to discrete issues which this Court can address easily.

IT IS SO ORDERED.

Dated:   **January 8, 2013**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1