IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SRABIAN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER AND ROBERT CAREY,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 08-0336 LJO SMS<br><br>**ORDER ON DEFENSE OBJECTION**<br><br>(Doc. 145.) |

Defendant Fresno County Sheriff's Deputy Frank Harper ("defendant") objects to what he characterizes as plaintiff Donnie Srabian's ("plaintiff's") attempt "to introduce evidence to impeach Mr. Logan's character for truthfulness in the form of findings, decision and order of removal after hearing before the Civil Service Board of the City of Fresno." The record fails to indicate whether defense counsel meet and conferred with plaintiff's counsel regarding the Logan matter. In the absence of evidence of meet and confer efforts, this Court STRIKES the defense objection.

Moreover, evidence as to the Logan matter is inadmissible if omitted from plaintiff's pretrial disclosures and pursuant to F.R.Evid. 403.

IT IS SO ORDERED.

**Dated:   January 14, 2013**           /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1