IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SRABIAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRESNO COUNTY SHERIFF'S DEPUTIES FRANK HARPER AND ROBERT CAREY,<br><br>　　　　Defendants.<br>_____ / | CASE NO. CV F 08-0336 LJO SMS<br><br>**ORDER ON PLAINTIFF'S OBJECTION AND REQUEST FOR CLARIFICATION**<br><br>(Doc. 146.) |

　　　This Court's December 13, 2012 order addressed plaintiff Donnie Srabian's ("plaintiff's") motions in limine. The order concluded that "evidence of plaintiff's history with law enforcement falls under F.R.Evid. 404(b)(2)'s 'intent' exception, and . . . will be limited to plaintiff's confrontation with Paul Logan" and that "[e]vidence as to how plaintiff reacts to perceived trespassers is subject to F.R.Evid. 404(b)(2) intent and knowledge exceptions and admissible" but that "evidence as to plaintiff's reactions and statements after the encounter with Paul Logan encompass character evidence inadmissible under F.R.Evid. 404(b)(1)."

　　　On January 12, 2013, plaintiff filed an objection to the defense calling Fresno County Sheriff's Deputies Jennifer Evans and Ryan Hushaw in that "Plaintiff can only conclude that Defendant intends

to call them for purposes expressly forbidden by the Court order." The record fails to indicate whether plaintiff's counsel meet and confer with defense counsel regarding expected testimony of Evans and Hushaw. In the absence of evidence of meet and confer efforts, this Court STRIKES plaintiff's objection.

Plaintiff further seeks "clarification" of the rulings as to plaintiff's intent. Evidence of plaintiff's intent can be used to show why plaintiff brought a gun, that is, to show force when investigating possible trespassers. Evidence of plaintiff's intent is relevant in that it addresses his credibility and in particular, his credibility to explain his conduct. Lastly, plaintiff seeks reconsideration, not clarification, of this Court's rulings in that plaintiff re-argues the merits. As such, this Court DENIES plaintiff reconsideration.

IT IS SO ORDERED.

Dated:   **January 14, 2013**          /s/  Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE