


# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SRABIAN, | CASE NO. CV F 08-0336 LJO SMS |
| Plaintiff, | **VERDICT** |
| vs. | |
| FRESNO COUNTY SHERIFF'S DEPUTY FRANK HARPER, | |
| Defendant. | |

We the jury find the following verdict:

**FEDERAL CIVIL RIGHTS CLAIM**

**Question No. 1:** Do you find by a preponderance of the evidence that in shooting plaintiff Donnie Srabian, defendant Frank Harper used excessive force against Srabian in violation of Srabian's Fourth Amendment rights under the U.S. Constitution?

YES _____   NO _X_

If you answered "yes" to Question No. 1, proceed to Question No. 2. If you answered "no" to Question No. 1, proceed to Question No. 4.

1

1 | **Question No. 2:** Was the violation of Srabian's Fourth Amendment rights to be free from unlawful
2 | seizure by excessive force (shooting) a cause of injury to him?

3

4 |              YES _____              NO _____

5 | If you answered "yes" to Question No. 2, proceed to Question No. 3.  If you answered "no" to
6 | Question No. 2, proceed to Question No. 4.

7 | **Question No. 3:** Do you find by a preponderance of the evidence that Harper acted maliciously,
8 | oppressively or in reckless disregard of Srabian's rights in using excessive force against Srabian by
9 | shooting him?

10

11 |              YES _____              NO _____

12 | Proceed to Question No. 4.

13 | **Question No. 4:** Do you find by a preponderance of the evidence that in moving Srabian, Harper used
14 | excessive force against Srabian in violation of his Fourth Amendment rights under the U.S.
15 | Constitution?

16

17 |              YES _____              NO  X

18 | If you answered "yes" to Question No. 4, proceed to Question No. 5. If you answered "no" to
19 | Question No. 4, proceed to Question No. 7.

20 | **Question No. 5:** Was the violation of Srabian's Fourth Amendment rights to be free from unlawful
21 | seizure by excessive non-deadly force a cause of injury to him when Harper moved Srabian after the
22 | shooting?

23

24 |              YES _____              NO _____

25 | If you answered "yes" to Question No. 5, proceed to Question No. 6. If you answered "no" to
26 | Question No. 5, proceed to Question No. 7.

27 | ///
28 | ///

**Question No. 6:** Do you find by a preponderance of the evidence that Harper acted maliciously, oppressively or in reckless disregard of Srabian's rights in using excessive non-deadly force against Srabian by moving him after the shooting?

    YES \_\_\_\_    NO \_\_\_\_

Proceed to Question No. 7.

### STATE LAW BATTERY CLAIM

**Question No. 7:** Do you find by a preponderance of the evidence that Harper committed a battery against Srabian by shooting him?

    YES \_\_\_\_    NO __X__

If you answered "yes" to Question No. 7, proceed to Question No. 8. If you answered "no" to Question No. 7, proceed to Question No. 9.

**Question No. 8:** Was Harper's battery against Srabian by shooting him a cause of injury to Srabian?

    YES \_\_\_\_    NO \_\_\_\_

Proceed to Question No. 9.

**Question No. 9:** Do you find by a preponderance of the evidence that Harper committed a battery against Srabian by moving him after the shooting?

    YES \_\_\_\_    NO __X__

If you answered "yes" to Question No. 9, proceed to Question No. 10. If you answered "no" to Question No. 9, have your presiding juror sign, date and return this verdict.

///

///

///

///

1 | **Question No. 10:** Was Harper's battery against Srabian by moving him after the shooting a cause of
2 | injury to Srabian?

        YES _____        NO _____

Have your presiding juror sign, date and return this verdict.

DATED: January _23_, 2013

_____
Presiding Juror