# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ESTATE OF MARTIN SRABIAN, ET AL.,**

v.

CASE NO: **1:08−CV−00336−LJO−SMS**

**MARGARET MIMS, ET AL.,**

<u>**XX**</u> −− **Jury Verdict.** This action came before the Court for trial by jury. The issues
have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE
JURY VERDICT RENDERED January 23, 2013**

**Victoria C. Minor**
Clerk of Court

ENTERED: **January 24, 2013**

by: /s/ I. Munoz
Deputy Clerk