Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax
pm@patiencemilrod.com

Sara Hedgpeth-Harris
Law Office of Sara Hedgpeth-Harris
2125 Kern Street, Suite 301
Fresno, California 93721
559/233-0907
559/272-6046 fax
sara.hedgpethharris@shh-law.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DONNIE SRABIAN,<br>    Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY SHERIFF'S DEPUTY<br>FRANK HARPER,<br>    Defendant. | No. 1:08-CV-00336 LJO SMS<br><br>**STIPULATION REGARDING COSTS AND ATTORNEYS' FEES and ORDER** |

The parties to this action, by and through their respective attorneys of record, stipulate and agree as follows:

1. Plaintiff will not file objections to the Defendant's costs bill, nor a motion to tax costs.

2. The parties agree each party will bear his own attorneys' fees; Defendant will

*Stipulation regarding costs and attorneys' fees; [proposed] Order*                                                                 *1*

not file a motion for an award of attorneys' fees.

3. No later than July 15, 2013, Plaintiff will have remitted to the County of Fresno the sum of $16,078.54 as and for costs, either in monthly payments or in a lump sum. This sum will fully satisfy any and all claims Defendant and/or the County may have against Mr. Srabian in connection with this matter. There will be no fees or charges associated with this payment plan. The remittance will be made by check(s), payable to the County of Fresno, delivered to Ms. Debbie Smith, Risk Analyst, County of Fresno, 2220 Tulare Street, 16th Floor, Fresno, CA 93721.

IT IS SO STIPULATED.

Dated: February 14, 2013            /s/ Patience Milrod
                                    PATIENCE MILROD
                                    Attorney for Plaintiff

Dated: February 14, 2013            WEAKLEY & ARENDT
                                    Attorneys for Defendant

                                    /s/ James Arendt
                                    JAMES ARENDT

**ORDER**

Having reviewed the stipulation of the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that no later than July 15, 2013, Plaintiff will remit to the County of Fresno the sum of $16,078.54 as and for costs.  There will be no fees or charges associated with this payment plan.  The remittance will be made by check(s), payable to the County of Fresno, delivered to Ms. Debbie Smith, Risk Analyst, County of Fresno, 2220 Tulare Street, 16th Floor, Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   **February 15, 2013**               /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE